EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI  2286
Chief, Narcotics Section

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR04-00120 |
|---|---|
| Plaintiff, | ) INDICTMENT |
| | ) [21 U.S.C. §§ 841(a)(1) and 846] |
| vs. | ) |
| WALTER CACHO,          (01), | ) |
| ROBERT TOMASZYCKI,     (02), | ) |
| Defendants. | ) |

INDICTMENT

Count 1

The Grand Jury charges that:

From at least on or about August 1, 2003 to on or about February 28, 2004, in the District of Hawaii, the defendants WALTER CACHO and ROBERT TOMASZICKI did conspire together with each other, and with other persons known and unknown to the Grand

Jury, to knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 846.

### Overt Acts

In furtherance of the conspiracy and to effect the objectives of the conspiracy, the defendants performed overt acts in the District of Hawaii, including but not limited to:

1. During the year 2003, defendant WALTER CACHO provided United States currency to defendant ROBERT TOMASZYCKI in order to finance the purchase of methamphetamine;

2. On or about February 28, 2004, defendant WALTER CACHO met with defendant ROBERT TAMASZYCKI in a residence near Haleiwa, Hawaii, and obtained a quantity of methamphetamine;

3. On or about February 28, 2004, defendant WALTER CACHO transported a quantity of methamphetamine in an automobile near Haleiwa, Hawaii.

All in violation of Title 21, United States Code, Section 846.

Count 2

The Grand Jury further charges that:

On or about February 28, 2004, in the District of Hawaii, defendant WALTER CACHO did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

DATE: 03-11-04          , at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Walter Cacho, et.al.
Cr. No. _____
INDICTMENT