ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 3 2005

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

**WARNING**: **THIS IS A SEALED DOCUMENT CONTAINING NON-PUBLIC INFORMATION**

EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI 2286
Chief, Narcotics Section

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>WALTER CACHO,    (01),<br><br>        Defendant. | ) CR. NO. 04-00120-01 DAE<br>)<br>) UNITED STATES' MOTION FOR<br>) DOWNWARD DEPARTURE UNDER<br>) SECTION 5K1.1 OF THE<br>) SENTENCING GUIDELINES FOR<br>) SUBSTANTIAL ASSISTANCE TO<br>) AUTHORITIES; CERTIFICATE OF<br>) SERVICE<br>)<br>) DATE:  March 7, 2005<br>) TIME:  1:30 p.m.<br>) JUDGE: Hon. David A. Ezra |

UNITED STATES' MOTION FOR DOWNWARD DEPARTURE
UNDER SECTION 5K1.1 OF THE SENTENCING GUIDELINES
FOR SUBSTANTIAL ASSISTANCE TO AUTHORITIES

The United States moves this Court to depart downward

from the Sentencing Guidelines under Section 5K1.1 for



SEALED
BY ORDER OF THE COURT

UNSEALED BY ORDER OF THE COURT
DATE:  JAN 1 0 2007

71

substantial assistance to federal authorities.  The defendant was

detained on February 20, 2004 in Haleiwa and admitted his

involvement in methamphetamine trafficking to state and federal

narcotics agents.  Approximately $15,599 in United States

currency was seized from the defendant's person and automobile.

Approximately one ounce of "ice" was seized.  The defendant

cooperated with the DEA on the day of his arrest and identified

Robert Tomaszycki as the source of the drugs and explained how

Tomaszycki obtained the methamphetamine from Mexican "ice"

traffickers in California.  The defendant signed a written

statement.  The defendant explained how Tomaszycki wired money by

Western Union to California to pay for the "ice."  Based upon the

defendant's information, the DEA was able to indict Tomaszycki.

The defendant signed a cooperation plea agreement and agreed to

testify for the United States if called as a witness.  The

defendant's information regarding Mr. Tomaszycki was of

substantial assistance to the United States.

        The United States submits that a fair departure for the

defendant's cooperation would amount to a downward adjustment

//

//

//

//

//

from the level 29 to level 25.  In the view of the United States,

a sentence in the lower end of the guideline range is

appropriate.

DATED:  March 2nd, 2005, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                    By  _T. Muehleck_____
                              THOMAS MUEHLECK
                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following person(s) as set forth below:

1.  Randall Oyama, Esq.
    888 Mililani St., PH 2          **MAILED**
    Honolulu, HI 96813

    Counsel for defendant
    Walter Cacho

2.  U.S. PROBATION OFFICE
    300 Ala Moana Blvd.
    Honolulu, HI 96850

DATED:  March  3 , 2005, at Honolulu, Hawaii.