ORIGINAL

EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes Section

DARREN W.K. CHING        #6903
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Darren.Ching@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 1 0 2007
LODGED at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

JAN 0 5 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>WALTER CACHO, (01)<br><br>          Defendant. | ) CR. NO. 04-00120-01 DAE<br>)<br>) EX PARTE MOTION TO UNSEAL<br>) UNITED STATES' MOTION FOR<br>) DOWNWARD DEPARTURE UNDER<br>) SECTION 5K1.1 OF THE<br>) SENTENCING GUIDELINES FOR<br>) SUBSTANTIAL ASSISTANCE TO<br>) AUTHORITIES; ORDER GRANTING<br>) EX PARTE MOTION TO UNSEAL<br>) UNITED STATES' MOTION FOR<br>) DOWNWARD DEPARTURE UNDER<br>) SECTION 5K1.1 OF THE<br>) SENTENCING GUIDELINES FOR<br>) SUBSTANTIAL ASSISTANCE TO<br>) AUTHORITIES |

EX PARTE MOTION TO UNSEAL UNITED STATES' MOTION
FOR DOWNWARD DEPARTURE UNDER SECTION 5K1.1 OF THE
SENTENCING GUIDELINES FOR SUBSTANTIAL ASSISTANCE TO AUTHORITIES

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order unsealing the United States' Motion for Downward Departure under Section 5K1.1 of the Sentencing Guidelines for Substantial Assistance to Authorities in the above-entitled matter on the ground that pursuant to the plea agreement in the above-entitled

matter, the defendant Walter Cahco will be testifying as a witness in <u>United States v. Silver Jose Galindo</u>, Cr. No. 04-00053 DAE, and said-motion will be provided to the defendant as <u>Giglio</u> material.

This Motion is based on the records and files of this case and those of Cr. No. 04-00053 DAE.

DATED: Honolulu, Hawaii, JAN 0 5 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Darren W.K. Ching
DARREN W.K. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00120-01 DAE |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EX PARTE |
| | ) | MOTION TO UNSEAL UNITED |
| | ) | STATES' MOTION FOR DOWNWARD |
| vs. | ) | DEPARTURE UNDER SECTION 5K1.1 |
| | ) | OF THE SENTENCING GUIDELINES |
| WALTER CACHO, (01) | ) | FOR SUBSTANTIAL ASSISTANCE TO |
| | ) | AUTHORITIES |
| Defendant. | ) | |
| | ) | |

### ORDER GRANTING EX PARTE MOTION TO UNSEAL UNITED STATES' MOTION FOR DOWNWARD DEPARTURE UNDER SECTION 5K1.1 OF THE SENTENCING GUIDELINES FOR SUBSTANTIAL ASSISTANCE TO AUTHORITIES

The Court having considered the UNITED STATES OF AMERICA's Ex Parte Motion to Unseal United States' Motion for Downward Departure Under Section 5K1.1 of the Sentencing Guidelines for Substantial Assistance to Authorities, and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States' Motion for Downward Departure Under Section 5K1.1 of the Sentencing Guidelines for Substantial Assistance to Authorities in regard to the above-entitled matter be unsealed.

DATED: Honolulu, Hawaii, _____JAN 0 9 2007_____.

_____
DAVID A. EZRA
U.S. District Court Judge
District of Hawaii